UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE
ENGLISH HIGH COURT PROCEEDINGS
BETWEEN

COSMOS TRADING CORPORATION                    CIVIL ACTION
OF PANAMA

v.                                            NO. 06-2935

BANCO NACIONAL DE CUBA                        SECTION "F"


ORDER

Before the Court is Bunge Latin America, LLC's motion to vacate attachment and to release cargo. The Court heard oral argument on this matter on July 25, 2007 and took the matter under submission. On July 26, Cosmos Trading informed the Court and filed notice in the record that it had voluntarily lifted the attachment and released the cargo.

Accordingly, IT IS ORDERED: that the motion now before the Court is DENIED as moot.


New Orleans, Louisiana, July 30, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE